RECEIVED BY MAIL

MAR 1 6 2026

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Willie James Crump,
Plaintiff,

vs

180 Degrees Halfway House Staff et.al
Defendants.
David Phaff, he sued in his individual, and
official capacities; Richard Coffey he sued
in his individual and official capacities and
Tony Hunter he sued in his individual, and
official capacities.

Case Type: Civil Suit

42USCS1983 and 18USCS3626

**Stealing Taxpayers Dollars on Renovative,
Neglection, Horrible Living Condition, Cruel
and Unusual Punishment, Medical Fraud.**

## INTRODUCTION

This is a civil rights action filed by Willie James Crump, is a resident at 180 Degrees Clifton halfway house, he is asking for compensatory/punitive damages under 42USCS1983and 18USCS3626 for cruel and unusual punishment, pain and suffering, medical fraud, stealing taxpayer's dollars renovation, neglection and, alleging acting deliberate indifference to plaintiff horrible and inhumane living conditions, in violations of his First, Eighth and Fourteenth Amendment of due process and equal protect clause of the United States Constitution.

## JURISDICTION

1. Mr. Crump bring this action pursuant to the First, and, Eighth and Fourteenth to the United States Constitution, 42USCS.1983 and 18USCS.3626.
2. These statutory and constitutional provision confer original jurisdiction of this court over this matter. The court has jurisdiction over the Plaintiff claims in violation of federal and state constitution rights.
3. Pursuant to the Court has jurisdiction regarding allegations rising to the level of a constitutional violation and the venue is proper 28 USC&1391(b)(2).

## PARTIES

The Plaintiff Willie James Crump, is a resident at 180 Degrees Adult-Halfway House during the events describe in this complaint.

Defendant David Paff is the halfway house CEO at 180 Degrees Adult Halfway House locate at 236 Clifton Ave. South Minneapolis MN 55403 is, upon information and belief are responsible for reviewing all administrative matters, overseeing the operations of the facility. Acted under color of law at all material times. He is sued in his individual and official capacities.

crump

SCANNED
MAR 1 6 2026
U.S. DISTRICT COURT MPLS

Defendant Richard Coffey is the Chief of Operations at 180 Degrees Clifton halfway house residents is upon information and belief. Acted under color law at all material times. He is sued in his individual and official capacities; he is responsible for all operations within the halfway house policies. He is also the party solely responsible for this civil complaint.

Defendant Tony Hunter 180 Degrees Halfway house program manager, has authority over the suit as a program manager have acted under color of law at all material time, relevant to this Complaint.

## Facts

Living In 180 Degrees Clifton Adult Halfway House is not fit for Human Being.
180 Degrees adult halfway house is not a summer camp, but we are force to live in this type of environment. In fact, it seems to be against the constitution to live like this. We do have rights. That are being violated daily. If the relevant government agencies, media or community members actually investigated.   What is going on.  We need your help.

1.Plaintiff Willie James Crump states why 180 degrees halfway house that is supposed to be close to freedom is horrendous as well. We have Moan and Asbestos in the entire building.
2.Plaintiff states he has video, pictures, and others evidence showing how living at the facility has his with very bad health with all the hazards, city codes, health and others violations they have from damp wood, moist drywall, board panel with lead the paint and other type of lead, in the entire building. In fact, we should not be living in these types of conditions, in facts, it seems to be against the constitution and common decency.
3.Plaintiff Willie James Crump 180degrees is using a consist practice of religious discrimation against Muslims are unable to have pray time daily or go to Jumah prayer on Friday.
4.Plaintiff Willie James Crump states the food the most essential thing we put into our bodies is more than inadequate to his health. Some food and meat say not for human consumption on it, but we still force to eat it. And at the least it is being eaten by rodent as well.
5.Plaintiff Willie James Crump states the plumbing, pipes, and the drain, are outdated like Flint, Michigan it has brownish/gold water coming from all sinks, lead contents and other containments which now makes it is unsafe to drink or live this way, in fact it seems against the constitution and common decency.
6.Plaintiff Mr. Crump states his living conditions at 180 Degrees Clifton adult halfway house is horrible and he or other clients should not be living at a resident that are under major construction roof, and radiators leaking and the resident are not up to living code as well as very outdated just like Flint Michigan water crisis.
7.Plaintiff Mr. Crump states it is against federal law to be living at this resident, with the kitchen being close for over seven months and nowhere to wash your hands after you eat is a violation of FDA and Health Department as well as electrical wiring hanging from the wall panel, other wiring being exposed, windows nail shut, cover with wood, and other bio hazards at this resident 180 Degrees Clifton house.
8.Plaintiff Willie James Crump states staff members at 180 Degrees Clifton are doing a lot of wrongdoing, neglection and malicious things, to him and are taking full advantages of vulnerable adult.
9. Mr. Crump has mentioned that these city officials may be receiving kickback or donations from 180 degrees Clifton adult halfway house why and how they are still able to be operating with all the Stealing taxpayer's money on renovative at this halfway house. Using client's information to bill and steal money from state insurance and Medicare provider for service they did not receive is a medical fraud.

crump

**10.The Respondent have violated their duly by failing to take reasonable actions or measure to protect Plaintiff first amendment rights by failing to provide adequate living conditions.**

**11.The Respondents hired a nonprofit organization call Generation of Hope to do fraud, with his social security number by defraud health care programs by billing them for service or treatment the client did not receive from this organization is fraud.**

**12. The Respondents also hired a Specialist and gave him a direct order to sign up for their service if he did not sign up, he will be violated and send back to prison.**

**13.Mr. Crump states this is another situation just like what Evergreen Treatment Facility did to its clients is how he was done here in this case as well in his complaint.**

**14.Plaintiff Willie James Crump states he been continuedly deprived of his due process and constitution rights at 180 Degrees halfway house Clifton Place locate at 236 Clifton Ave So Minneapolis Mn 55403.**

**15.Mr. Crump states he has evidence and key witness and employee from 180 Degrees Halfway House showing how they violated his First and Eighth Amendment Rights Retaliation by 180 degrees states he has video, and documents showing how these respondents retaliated on him for writing a complaint about his horrible living conditions.**

**16. He was then terminated by 180 degrees halfway house and sent to prison he was violated his Morrissey rights at his H.R.U. hearings by DOC and 180 Degrees staff on 2-26-2025 for this matter.**

**17. He states evidence and video showing how he was retaliated on by 180 Degrees Clifton Halfway House.**

18.The reality is the staff must obey the policies or a binding by constitution laws. It is one of the highest and most essential privilege. The purpose of the protect clause of the fourteenth amendment to secure every person. This includes citizens and incarcerated.

19.Respondents have been deliberate indifferent to the Plaintiff living conditions, negligence, pain and suffering, punishment, in violation of the United States Constitution, 1st and,8th and 14th Amendment provides, no person shall… be deprived of life, liberty, or property without due process of law. Respondents duty to protect Plaintiff his living conditions, arise under provision. Crump. Re-alleged all allegation of this complaint as if fully stated herein.

20.Respondents acted under color of law while performing the acts described herein. The defendants deprived Mr. Crump, First, Eighth, and Fourteenth Amendment rights though the actions describe. The Respondent's actions violated his constitution rights that were clearly established on February 1,2025 and other times as mentioned throughout his complaint.

21.The defendants acted with evil intent or reckless indifference to Mr. Crump rights. The defendants subjected, Mr. Crump to these deprived of his rights in such manner as to render them liable for punitive damages. As direct and proximate result of the acts of the defendants Crump suffered injuries and other harms that entitle him to damages. The manner in which the defendants deprived Mr. Crump of his rights supports an award of punitive damages, which are necessary to deter further improper conduct.

22.Mr. Crump is entitled to fully recover his costs, including reasonable attorney's fees, he states 180 Degrees Halfway houses has violated his rights and cause him harm is why, he is asking for this monetary amount in below paragraph as stated.

crump

23. Plaintiff Willie James Crump states all of these constitutional violations have create a psychological effect on plaintiff wellbeing and should now be took into consideration. All this psychological pain and suffering he endured during his constitution rights have clearly been denied deprived him.

Pray for Relief

Wherefore, Plaintiff Willie James Crump, pray for judgement as follows:
That the court find that the defendants committed acts and omissions violating the First, Eighth, Fourteenth Due Process to the United States Constitution permitting a cause of action.
And money judgement against the defendants compensatory and punitive damages, together with costs, including reasonable attorney, fees, under, and prejudgment interest.

For such other and further relief as this Court may deem just and equitable.
In the sums 325,000 and may recover costs and disbursement, including reasonable attorney fees as determined by the court, respondents liable to these punitive/compensatory damages in the sum of 325,000 due to the simple fact that all data (exculpatory evidence) will clearly show you why plaintiff asking for this type of sums.

DATE: 3/11/2026

Willie James Crump
Cell Phone 612-290-0910
770 Cook St Apt 1
St. Paul, Mn 55106

crump