**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WILLIE JAMES CRUMP,

Plaintiff,

v.

180 DEGREES HALFWAY HOUSE
STAFF, DAVID PHAFF, RICHARD
COFFEY, and TONY HUNTER,

Defendants.

Case No. 26-CV-1891 (KMM/JFD)

**REPORT AND RECOMMENDATION**

---

On May 5, 2026, this Court entered an order requiring Plaintiff Willie James Crump to pay an initial partial filing fee of $25.67. (*See* ECF No. 4 at 3.) The Order gave Mr. Crump 21 days to pay that fee (i.e., until May 26, 2026), failing which the Court would recommend dismissing this action for failure to prosecute. (*See id.*) That deadline has passed, and Mr. Crump has not submitted the required fee. The Court therefore recommends dismissing this action without prejudice, under Federal Rule of Civil Procedure 41(b), for failure to prosecute. *See, e.g.*, *Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein,

**IT IS HEREBY RECOMMENDED** that:

1.    This action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2.    Plaintiff Willie James Crump's request to proceed *in forma pauperis* in this action, as reflected by his filing at ECF No. 2, be **DENIED**.


Date: June 8, 2026                               *s/ John F. Docherty*
                                                 JOHN F. DOCHERTY
                                                 United States Magistrate Judge


## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).