**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

WILLIE JAMES CRUMP,                                  No. 26-CV-1891 (KMM/JFD)

        Plaintiff,

v.                                                                      **ORDER**

180 DEGREES HALFWAY HOUSE
STAFF, DAVID PHAFF, RICHARD
COFFEY, and TONY HUNTER,

        Defendants.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty, dated June 8, 2026. Judge Docherty recommends that this case be dismissed without prejudice for failure to prosecute. Plaintiff Willie James Crump has not filed objections to the R&R, which were due by June 22, 2026. In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having reviewed the R&R for clear error, the Court finds none.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Dkt. 5) is **ACCEPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

3. Plaintiff Willie James Crump's request to proceed *in forma pauperis* in this action (Dkt. 2) is **DENIED**.

**Let Judgment Be Entered Accordingly.**

Date: **June 25, 2026**                    *s/ Katherine M. Menendez*
                                            Katherine M. Menendez
                                            United States District Judge